# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 16-105-2 |
| TODD SMITH | : | |

## ORDER

This 2nd day of December, 2016, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF Document No. 41) and Defendant's Motion to Dismiss the Indictment with Prejudice (ECF Document No. 63) are **DENIED AS MOOT.**

  /s/ Gerald Austin McHugh  
  Gerald Austin McHugh  
  United States District Judge

1